# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN W. CROWE,<br><br>    Plaintiff,<br><br>V.<br><br>JOHN E. WHITLEY, Acting Secretary of the Army, Department of the Army,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 18-00288 ACK-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 2, 2021<br><br>At 4 o'clock and 45 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     On March 2, 2021, the Court issued its Order, ECF 94: "ORDER GRANTING THE ARMY'S MOTION TO DISMISS (ECF. NO. 55) AND AFFIRMING THE AGENCY'S DECISION UPHELD BY THE MERIT SYSTEMS PROTECTION BOARD" (March 2, 2021 Order),

     IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant John E. Whitley, Acting Secretary of the Army, Department of the Army, pursuant to and in accordance with the March 2, 2021 Order.

| | |
|---|---|
| March 2, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by: J.I. |
| | (By) Deputy Clerk |

