# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN W. CROWE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00288 RT |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| CHRISTINE WORMUTH, SECRETARY OF THE ARMY, | January 3, 2025 |
| | At 12 o'clock and 20 min p.m. LUCY H. CARRILLO, CLERK |
| Defendant. | |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

On December 2, 2024, the Court issued its Order, ECF No. 164, "Order Granting Defendant Department of the Army, Christine Wormuth, Secretary of the Army's Motion for Summary Judgment," (December 2, 2024 Order).

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion for Summary Judgment. Summary Judgment is entered in favor of the Defendant on Plaintiff's Title VII claim for pretermination discrimination based on sexual orientation, claim of retaliation, and claim of hostile work environment, pursuant to and in accordance with the December 2, 2024 Order. Further, on June 14, 2024, the parties stipulated that race as a basis for Plaintiff's discrimination claims are dismissed with prejudice, ECF No. 145, "Stipulation Re: Defendant Department of the Army, Christine Wormuth, Secretary of the Army's Motion for Summary Judgment [ECF No. 133]; Order." There being no further claims, this case is closed.

| | |
|---|---|
| January 3, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |